**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA R. HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
**Attorney for Plaintiff**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SUZI L. HANSON GUERRA,<br><br>                    Plaintiff,<br><br>vs.<br><br>Commissioner Of Social Security Administration,<br><br>                    Defendant. | Case No 2:18-cv-00472-RFB-CWH<br><br>FIRST STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND |

    Comes now Plaintiff, by and through her attorney, JOSHUA R. HARRIS, ESQ., and requests a THIRTY-ONE (31) calendar day extension of time, to file the **MOTION TO FOR REMAND,** up to and including February 25, 2019.

    Plaintiff's current deadline to file the **MOTION FOR REMAND** is January 25, 2019.

    The Appellate Attorney Writer has multiple briefs due at the same time and needs additional time to complete this Motion.

    Via email on January 25, 2019 at 11:18am, opposing counsel expressed no objection to the extension. (Plaintiff offers apologies for the one-day late filing of this Stipulation.)

It is therefore respectfully requested that Plaintiff be granted a THIRTY-ONE (31) calendar day extension of time to file the **MOTION FOR REMAND** up to and including February 25, 2019.

DATED this 26th day of January, 2019.　　　DATED this 26th day of January, 2019.

/s/ *Joshua R. Harris*　　　　　　　　　　/s/ *Carol Sue Clark*
**JOSHUA HARRIS, ESQ.**　　　　　　　　**Carol Sue Clark**
Nevada State Bar No. 9580　　　　　　　　Social Security Administration
Richard Harris Law Firm　　　　　　　　　160 Spear St., Ste. 800
801 S Fourth St.　　　　　　　　　　　　　San Francisco, CA 94105
Las Vegas NV 89101　　　　　　　　　　　415-977-8975
Ph: (702) 444-4392　　　　　　　　　　　　Email: carol.s.clark@ssa.gov
Fax: (702) 444-4455　　　　　　　　　　　Attorney for Defendant
Email: josh@richardharrislaw.com
Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 28, 2019