**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA R. HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SUZI L. HANSON GUERRA,<br><br>Plaintiff,<br><br>vs.<br><br>Commissioner Of Social Security Administration,<br><br>Defendant. | Case No 2:18-cv-00472-RFB-CWH<br><br>SECOND STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND |

Comes now Plaintiff, by and through her attorney, JOSHUA R. HARRIS, ESQ., and requests a THIRTY (30) calendar day extension of time, to file the **MOTION TO FOR REMAND,** up to and including March 27, 2019.

Plaintiff's current deadline to file the **MOTION FOR REMAND** is February 25, 2019.

The Appellate Attorney Writer has a telephonic hearing in another case and 8 other briefs due this week and needs additional time to brief the case.

Via email on February 25, 2019, opposing counsel expressed no objection to the extension.

It is therefore respectfully requested that Plaintiff be granted a THIRTY (30) calendar day extension of time to file the **MOTION FOR REMAND** up to and including March 27, 2019.

DATED this 25th day of February, 2019.   DATED this 25th day of February , 2019.

/s/ *Joshua R. Harris*   /s/ *Carol Sue Clark*
**JOSHUA HARRIS, ESQ.**   **Carol Sue Clark**
Nevada State Bar No. 9580   Social Security Administration
Richard Harris Law Firm   160 Spear St., Ste. 800
801 S Fourth St.   San Francisco, CA 94105
Las Vegas NV 89101   415-977-8975
Ph: (702) 444-4392   Email: carol.s.clark@ssa.gov
Fax: (702) 444-4455   Attorney for Defendant
Email: josh@richardharrislaw.com
Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 26, 2019