1  DAYLE ELIESON
   United States Attorney
2  District of Nevada

3
   CAROL S. CLARK MO 42670
4  Special Assistant United States Attorney
   160 Spear Street, Suite 800
5  San Francisco, California 94105
   Telephone:  (415) 977-8975
6  Facsimile:  (415) 744-0134
   Carol.S.Clark@ssa.gov

7  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUZI L. HANSON GUERRA, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br>Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:18-cv-00472-RFB-CWH <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND PROPOSED ORDER** |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, requests a 30-day extension of time in which to file her responsive brief. Defendant's responsive brief is due on April 26, 2019. Defendant requests an additional 30 days, until Monday, May 27, 2019, in which to file her brief. Counsel for Defendant has conferred with counsel for Plaintiff, who has no objection to this request. This is Defendant's first request for an extension. Counsel for Defendant requests this extension because she has another district court brief due on the same day and is unable to complete both assignments. Counsel apologizes to the Court and Plaintiff for any inconvenience caused by this request.

Respectfully submitted on April 26, 2019.

DAYLE ELIESON
United States Attorney

*/s/ Carol S. Clark*
CAROL S. CLARK
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX

Agreed to by:

/s/ Joshua Harris, Esq.
Joshua Harris
Attorney for Plaintiff
(signature authorized by email of April 25, 2019)

## **ORDER**

Defendant's request for an additional 30 days in which to file her responsive brief is GRANTED. Defendant's brief shall be due on May 27, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
Date:\_\_ April 29, 2019 _____

# CERTIFICATE OF SERVICE

I, Carol S. Clark, certify that the following individual was served with a copy of the **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND PROPOSED ORDER** on the date and via the method of service identified below:

**CM/ECF:**

Joshua R. Harris, Esq.
Richard Harris Law Firm
801 Fourth Street
Las Vegas, NV 89101

Dated this 26 day of April 2018.

                                       */s/ Carol S. Clark*
                                       CAROL S. CLARK
                                       Special Assistant United States Attorney