NICOLAS TRUTANICH
United States Attorney
District of Nevada

CAROL S. CLARK MO 42670
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8975
Facsimile: (415) 744-0134
Carol.S.Clark@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUZI L. HANSON GUERRA, | ) |
| Plaintiff, | ) Case No. 2:18-cv-00472-RFB-CWH |
| v. | ) **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND PROPOSED ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The parties hereby stipulate that Defendant shall have an additional 30-day extension of time in which to file her responsive brief. Defendant's responsive brief is due on May 27, 2019, on a first extension. Defendant requests an additional 30 days, until Wednesday, June 26, 2019, in which to file her brief. This is Defendant's second request for an extension. Counsel for Defendant requests this extension because she has been out of the office and due to family medical emergencies was unable to complete the brief as anticipated. Counsel for Defendant has conferred with Counsel for Plaintiff, who has no objection to this request. Counsel for Defendant apologizes to the Court and Plaintiff for any inconvenience caused by this request.

Respectfully submitted on May 27, 2019.

- 1 -

NICHOLAS A. TRUTANICH
United States Attorney

 */s/ Carol S. Clark*
CAROL S. CLARK
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX

Agreed to by:
Richard A. Harris, Esq.
Richard A. Harris
Attorney for Plaintiff
(signature authorized by email from Noel Anschutz dated May 27, 2019)

**ORDER**

Defendant's request for an additional 30 days in which to file her responsive brief is GRANTED. Defendant's brief shall be due on June 26, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Date: May 31, 2019

# CERTIFICATE OF SERVICE

I, Carol S. Clark, certify that the following individual was served with a copy of the **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE AND PROPOSED ORDER** on the date and via the method of service identified below:

**CM/ECF:**

Richard A. Harris, Esq.
Richard Harris Law Firm
801 Fourth Street
Las Vegas, NV 89101

Dated this 27th day of May 2019.

                                            */s/ Carol S. Clark*
                                            CAROL S. CLARK
                                            Special Assistant United States Attorney